
FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 19-mJ-1441 |
| John Albert Liranzo DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __4/12/19__, _____, at __11:00__ ☑a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __341, Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/9/19__           _____
                              U.S. District Judge/Magistrate Judge